John S. Severson, as Commissioner of Charities of the City of Binghamton, N. Y., v. Henry M. Macomber.— Motion granted.